IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARMER RADIO AND ELECTRONICS, INC., | ) CIVIL NO. 10-00069 HG-KSC ) ) FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION TO DISMISS ) ACTION WITHOUT PREJUDICE |
| vs. | ) ) |
| S&S FIRE APPARATUS CO.; DOUG KELLEY; CINDY VAN GORDON; CHRISTINA OLSON; LEE FINLEY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

FINDINGS AND RECOMMENDATION TO
<u>DISMISS ACTION WITHOUT PREJUDICE</u>

Plaintiff Harmer Radio and Electronics, Inc. commenced this action on February 8, 2010.  The Court held the Rule 16 Scheduling Conference on August 6, 2010, after several continuances requested by Plaintiff.  At the Scheduling Conference, Plaintiff's counsel indicated that he was unable to serve Defendants.  Plaintiff's counsel was to confer with his client and submit an appropriate request for service by publication, if any, by August 13, 2010.  Doc. No. 10.

The Court cautioned Plaintiff's counsel that his failure to do so would result in the issuance of an order to show cause why this case should not be dismissed.

Because Plaintiff failed to submit a request for service by publication or evidence that he served Defendants, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed on August 23, 2010.  The hearing on the OSC took place on September 9, 2010.  There being no appearance, communication, objection, or opposition by Plaintiff, the Court FINDS AND RECOMMENDS that the action be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, September 9, 2010.



_____
Kevin S.C. Chang
United States Magistrate Judge

HARMER RADIO AND ELECTRONICS, INC. V. S&S FIRE APPARATUS CO., ET AL.; CIVIL NO. 10-00069 HG-KSC; FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE