IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HARMER RADIO AND ELECTRONICS, INC., | ) ) ) | 1:10-CV-00069-HG-KSC |
| Plaintiff, | ) ) | ORDER ADOPTING MAGISTRATE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION TO DISMISS ACTION WITHOUT |
| S&S FIRE APPARATUS CO.; DOUG KELLEY; CINDY VAN GORDON; CHRISTINA OLSON; LEE FINLEY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) | PREJUDICE (DOC. 13) |
| Defendants. | ) ) | |

**<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE (DOC. 13)</u>**

Findings and Recommendation having been filed and served on all parties on September 9, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No. 13, are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 29, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

cc:all parties of record